**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 29, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-15-00748-CV

## IN RE RAFAEL OJEDA, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
151st District Court
Harris County, Texas
Trial Court Cause No. 2012-03779A

## MEMORANDUM OPINION

On September 4, 2015, relator Rafael Ojeda filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris County, to dismiss the garnishment action pending in the trial court based on a forum-selection clause.

On September 4, 2015, the same day relator filed his petition in this court, the trial court signed the final judgment in the garnishment action. Therefore, relator has an adequate remedy by appeal.

Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief and motion for expedited consideration of the motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.